**Order entered July 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00188-CV

### BAYLOR UNIVERSITY MEDICAL CENTER, ET AL., Appellants

### V.

### SARAH LAWTON, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-09816**

## ORDER

We **GRANT** appellants' July 12, 2013 unopposed motion for an extension of time to file a reply brief. We **ORDER** the reply brief tendered to this Court by appellants on July 8, 2013 filed as of the date of this order.

/s/     CAROLYN WRIGHT
              CHIEF JUSTICE